Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
OFFICER JASON JOHNSON

Mark W. Kelsey, SBN 295818
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA 94596
Telephone: (925) 476-5761
Facsimile: (925) 476-5771

Attorney for Plaintiff
MATHEW L. SPURLING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW L. SPURLING,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER JASON JOHNSON (Vacaville Police Department, Badge #557), in his official and individual capacities,<br><br>    Defendant. | Case No. 2:16-CV-01366-TLN-AC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MATHEW L. SPURLING and defendant OFFICER JASON JOHNSON by and through their attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above captioned matter that the settlement conference scheduled for January 4, 2017 at 9:30 am before Magistrate Judge Kendall

J. Newman, be continued to January 25, 2017 at 9:30 am or to a date thereafter that is available to the Court.

The continuance is necessary because counsel for defendant OFFICER JASON JOHNSON will be unavailable on January 4, 2017 due to an already scheduled family vacation.

On September 8, 2016, defense counsel spoke with Magistrate Judge Newman's Courtroom Deputy, Matt Caspar, regarding available dates for the settlement conference. Mr. Caspar confirmed January 25, 2017 at 9:30 am is available for the settlement conference.

**IT IS SO STIPULATED.**

Dated:  September 9, 2016                                            BERTRAND, FOX, ELLIOT,
                                                                                             OSMAN & WENZEL

                                                                              By: s/ *Richard W. Osman*
                                                                                     Richard W. Osman
                                                                                     Sheila D. Crawford
                                                                                     Attorneys for Defendant
                                                                                     OFFICER JASON JOHNSON


Dated:  September 9, 2016                                            MARK W. KELSEY LAW

                                                                              By: s/ *Mark W. Kelsey*
                                                                                     Mark W. Kelsey
                                                                                     Attorneys for Plaintiff
                                                                                     MATHEW L. SPURLING

### ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the settlement conference scheduled for January 4, 2017, at 9:30 a.m., shall be continued to January 25, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  September 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE